# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DESHON M. CARMOUCHE (#345420)

VERSUS

ADA JACKLYN C. CHAPMAN

CIVIL ACTION

NO. 12-336-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 26, 2012 (doc. no. 5). The plaintiff filed an objection which essentially makes the same arguments and has been duly considered by the court.

The court hereby approves the report and recommendation of the Magistrate Judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I), and without leave to amend because there is no conceivable, non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, this 6th day of August, 2012.

_____

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA